Case: 3:07-cv-00460-jcs Document #: 23 Filed: 10/10/07 Page 1 of 2

Document Number 023
Case Number 07-C-0460-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/10/2007 03:41:06 PM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ROBERT B. CIARPAGLINI,

                Plaintiff,

  v.                                                        ORDER
                                                           07-C-460-S

DON STRAHOTA, MICHAEL THURMER,
BRUCE SIEDSCHLAG and LT. BRAEMER,

                Defendants.
_____

      Plaintiff's motion to recuse this Court in the above entitled matter was denied. Plaintiff moves reconsideration. This motion will be denied because this Court has no knowledge of the subject matter of the action plaintiff states he has filed against this Court in Rockford, Illinois. Further, judgment was entered in this case on October 5, 2007.

                                  ORDER

     IT IS ORDERED that plaintiff's motion for reconsideration of the denial of his recusal motion is DENIED.

     Entered this 10th day of October, 2007.

                                  BY THE COURT:

                                      /s/
                                _____
                                JOHN C. SHABAZ
                                District Judge